WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Berlin-Wheeler, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH WILLIS,<br><br>             Plaintiff,<br><br>    vs.<br><br>TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, BERLIN-WHEELER, INC.,<br><br>             Defendants. | Case No.: 2:22-cv-00609-RFB-DJA<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff, Elizabeth Willis ("Plaintiff"), and Defendant, Berlin-Wheeler, Inc. ("Defendant") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On April 11, 2022, Plaintiff filed his Complaint [ECF No. 1]. Defendant was served with Plaintiff's Complaint on April 18, 2022. The deadline for Defendant to respond to Plaintiff's Complaint is May 9, 2022. The Parties have discussed extending the deadline for Defendant to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendant to file their responsive pleading to Plaintiff's Complaint to May 23, 2022.

This is the first motion for an extension of time for Defendant to file their responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to

any other party.

As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

DATED this 9th day of May, 2022.

| WRIGHT, FINLAY & ZAK, LLP | CONTEMPORARY LEGAL SOLUTIONS |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Robert M. Tzall* |
| Ramir M. Hernandez, Esq. | Robert M. Tzall, Esq. |
| Nevada Bar No. 13146 | Nevada Bar No. 13412 |
| 7785 W. Sahara Ave., Suite 200 | 2551 North Green Valley Pkwy |
| Las Vegas, NV 89117 | Building C, Suite 303 |
| *Attorneys for Defendant, Berlin-Wheeler, Inc.* | Henderson, NV 89014 |
| | *Attorneys for Plaintiff, Elizabeth Willis* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 10, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND TIME TO RESOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** on the 9th day of May, 2022, to all parties on the CM/ECF service list.

/s/ Jason Craig
An Employee of WRIGHT, FINLAY & ZAK, LLP