Christina V. Miller, Esq.
Nevada Bar No. 12448
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Berlin-Wheeler, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH WILLIS, | Case No.:  2:22-cv-00609-RFB-DJA |
| Plaintiff, | |
| vs. | **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |
| TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, BERLIN-WHEELER, INC., | |
| Defendants. | |

Plaintiff, Elizabeth Willis ("Plaintiff"), and Defendant, Berlin-Wheeler, Inc. ("Defendant") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On April 11, 2022, Plaintiff filed his Complaint [ECF No. 1]. Defendant was served with Plaintiff's Complaint on April 18, 2022.  The deadline for Defendant to respond to Plaintiff's Complaint was May 9, 2022. After a joint motion of the parties, this Court extended the deadline to May 23, 2022 [ECF No. 13].  The Parties have discussed extending the deadline for Defendant to respond to Plaintiff's Complaint to allow for further ongoing discussions of possible resolution of the matter.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendant to file their responsive pleading to Plaintiff's Complaint to June 13, 2022.

This is the second motion for an extension of time for Defendant to file their responsive

pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to

any other party.

      As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that

occurs during the pendency of this extension.

      DATED this 23rd day of May, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*

Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Berlin-Wheeler, Inc.*

CONTEMPORARY LEGAL SOLUTIONS

*/s/ Robert M. Tzall*

Robert M. Tzall, Esq.
Nevada Bar No. 13412
2551 North Green Valley Pkwy
Building C, Suite 303
Henderson, NV 89014
*Attorneys for Plaintiff, Elizabeth Willis*

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED:   May 24, 2022

1

**CERTIFICATE OF SERVICE**

2       I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and

3   that I served the foregoing **JOINT MOTION TO EXTEND TIME TO RESOND TO**

4   **PLAINTIFF'S COMPLAINT (SECOND REQUEST)** on the 23rd day of May, 2022, to all

5   parties on the CM/ECF service list.

6

7
                                        _/s/ Lisa Cox_____
8                                       An Employee of WRIGHT, FINLAY & ZAK, LLP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28