1  **Robert M. Tzall**
    Contemporary Legal Solutions, PLLC
2  2551 N Green Valley Parkway C
    Suite 303
3  Henderson, NV 89014
4  Tel: 702-666-0233
    office@contemporarylegalsolutions.com
5
6  **Gia Marina**
    Clark Hill PLLC
7  3800 Howard Hughes Drive, Suite 500
    Las Vegas, NV 89169
8  Tel:  702-862-8300
    gmarina@clarkhill.com
9

10

11              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEVADA
12

13  Elizabeth Willis,                                )   Docket No.  2:22-CV-609
                                                      )
14              Plaintiff,                            )
                                                      )   **STIPULATION AND ORDER OF**
15       vs.                                          )   **DISMISSAL WITH PREJUDICE AS TO**
                                                      )   **EQUIFAX INFORMATION SERVICES,**
    Trans Union, LLC                                  )   **LLC**
16  Equifax Information Services, LLC                 )
                                                      )
17  Berlin-Wheeler, Inc.                              )
                                                      )
18              Defendant.                            )
                                                      )

19
20       IT IS HEREBY STIPULATED by and between Plaintiff Elizabeth Willis("Plaintiff") and

21  Equifax Information Services, LLC ("Defendant"), by and through their respective counsel of

22  record, that the above-captioned action, including all parties and claims alleged therein, be and

23  hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule

24  41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

25       Undersigned counsel represent that they are fully authorized by their respective clients to

26  enter into this Joint Stipulation with Prejudice.

27

28

**Respectfully Submitted,**

Dated: July 19, 2022

| | |
|---|---|
| /s/*Robert M. Tzall* <br> Robert M. Tzall, Esq. <br> **Contemporary Legal Solutions, PLLC** <br> *Attorneys for Plaintiff* | */s/ Gia Marina* <br> Gia Marina, Esq. <br> **Clark Hill PLLC** <br> *Attorneys for Defendant* |

                        **IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court
DATED this 19th day of July, 2022.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th of July, 2022 I filed **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Robert M. Tzall
Office@contemporarylegalsolutions.com
Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
Suite 303
Henderson, NV 89014
(702) 666-0233
(702) 727-8034 Fax
***Counsel for Plaintiffs***

- 3 -