**Robert M. Tzall**
Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
Suite 303
Henderson, NV 89014
Tel: 702-666-0233
office@contemporarylegalsolutions.com

**Ramir Mitchell Hernandez**
Wright Finlay & Zak, LLP
7785 W. Sahara Ave Ste 200
Las Vegas, NV 89117
Tel:  702-475-7964
rhernandez@wrightlegal.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Elizabeth Willis,<br><br>          Plaintiff,<br><br>     vs.<br><br>Trans Union, LLC<br>Equifax Information Services, LLC<br>Berlin-Wheeler, Inc.<br><br>          Defendant. | Docket No.  2:22-CV-609<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO BERLIN-WHEELER, INC.** |

IT IS HEREBY STIPULATED by and between Plaintiff Elizabeth Willis("Plaintiff") and Berlin-Wheeler, Inc. ("Defendant"), by and through their respective counsel of record, that the above-captioned action, including all parties and claims alleged therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated: August 17, 2022

/s/*Robert M. Tzall*  
Robert M. Tzall, Esq.  
**Contemporary Legal Solutions, PLLC**  
*Attorneys for Plaintiff*

*/s/ Ramir Mitchell Hernandez*  
Ramir Mitchell Hernandez  
**Wright Finlay & Zak, LLP**  
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____  
RICHARD F. BOULWARE, II  
UNITED STATES DISTRICT JUDGE

DATED this 19th day of August, 2022.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th of July, 2022 I filed **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Robert M. Tzall
Office@contemporarylegalsolutions.com
Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
Suite 303
Henderson, NV 89014
(702) 666-0233
(702) 727-8034 Fax
***Counsel for Plaintiffs***